# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| Plaintiff(s), | ) NO. CR 05-1457-TUC-FRZ (JM) |
| vs. | ) ORDER |
| **David Ramirez-Solis,** | ) |
| Defendant(s). | ) |

This matter was referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636(b)(1)(B) and the local rules of practice of this Court for hearing and report and recommendation on Defendant's Motion to Dismiss Indictment [Doc #12].

On November 8, 2005, Magistrate Judge Jacqueline Marshall conducted a hearing and on November 22, 2005 issued her Report and Recommendation. A copy was sent to all parties. Neither party filed objections to the Magistrate Judge's Report and Recommendation.

The Court, having made an independent review of the record herein, orders as follows:

IT IS ORDERED that Magistrate Judge Marshall's Report and Recommendation is ACCEPTED and ADOPTED by this Court as the findings of fact and conclusions of law in this matter.

IT IS ORDERED that the Motion to Dismiss Indictment is DENIED.

DATED this 8th day of December, 2005.

*Frank R. Zapata*
FRANK R. ZAPATA
United States District Judge